IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLINE ROY, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 13-2846 |
| SOAR CORP., | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 25th day of August, 2014, upon consideration of **(1)** Defendant's Motion for Summary Judgment (Docket No. 24), Plaintiff's Response in Opposition (Docket No. 27), and Defendant's Reply (Docket No. 30); **(2)** Plaintiff's Motion to Strike Defendant's Objections to Discovery (Docket No. 22), Defendant's Response in Opposition (Docket No. 25), it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment (Docket No. 24) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Defendant's Motion for Summary Judgment (Docket No. 24) is **GRANTED** as to all of Plaintiff's claims of race discrimination and to Plaintiff's claim of gender discrimination for her termination only.

    b. **JUDGMENT IS ENTERED** in favor of Defendant SOAR Corp. and against Plaintiff Caroline Roy on Plaintiff's claims of race discrimination and on Plaintiff's claim of gender discrimination for her termination only.

    b. Defendant's Motion for Summary Judgment (Docket No. 24) is **DENIED** as to all of Plaintiff's remaining claims of gender discrimination.

2. Plaintiff's Motion to Strike Defendant's Objections to Discovery (Docket No. 22) is **DENIED**.

**A STATUS CONFERENCE** is scheduled for Tuesday, September 16 at 4:00 p.m. in

Chambers to discuss, *inter alia*, a trial date.

  It is so **ORDERED**.

              BY THE COURT:


              *s/ Ronald L. Buckwalter*
              RONALD L. BUCKWALTER, S.J.